Gary Huss (SBN 057370)
**LAW OFFICES OF GARY HUSS**
3649 W. Beechwood Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 449-7073
Facsimile: (559) 261-4916
E-mail: gary@huss4law.com

Attorneys for Defendant
ALFRED DARNELL FORD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number 1:09 CR 00217 OWW |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. ) | |
| ALFRED DARNELL FORD, RENATTA FORD, et al. ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the parties herein that the sentencing hearing for ALFRED DARNELL FORD and the status conference for RENATTA CARTER FORD presently set for Monday, December 14, 2009 at 8:15 a.m. should be continued to January 4, 2010, at 8:15 a.m. for good cause. Good cause is stipulated to in that the defendants' counsel will be unavailable for the currently set date due to a trial conflict, additional sentencing issues need to be addressed by defendant, Alfred Ford's counsel, and the government does not object to said continuance. All parties feel this continuance serves the interests of justice.

Dated: December 9, 2009.            /s/ Gary Huss
                                    Gary Huss, Attorney for Defendant
                                    ALFRED DARNELL FORD

///

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

Dated: December 10, 2009.          /s/ JOHN GARLAND
                                   John Garland, Attorney for Defendant
                                   RENATTA CARTER FORD

Dated:  December 9, 2009.           /s/ Mark Cullers
                                   Mark Cullers, Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE appearing and upon stipulation of the parties and their counsel, the sentencing hearing for defendant, ALFRED DARNELL FORD, and the status conference of defendant RENATTA CARTER FORD are continued to January 4, 2010, at 8:15 a.m.

Dated: December 10, 2009           /s/ OLIVER W. WANGER
                                   Judge Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING