```
Tony F. Farmani (State Bar No. 211101)
tffarmani@aol.com
FARMANI, APLC
402 West Broadway, Suite 860
San Diego, CA 92101
Phone: 619-233-5945
Fax:    619-923-2975
Attorneys for Defendant
ALFRED DARNELL FORD
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 01: 09-cr-00217 OWW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING EXTENSION OF THE 1-YEAR PERIOD OF LIMITATION UNDER 28 U.S.C. § 2255** |
| v. | |
| ALFRED DARNELL FORD | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Stanley A. Boone for Plaintiff, and Tony F. Farmani, Esq. for Defendant Alfred Darnell Ford, that the 1-year period of limitation under 28 U.S.C. § 2255 shall be extended through and including June 30, 2011.

BENJAMIN B. WAGNER
United States Attorney

Dated: June 1, 2011    By    /s/ Stanely A. Boone
                              STANLEY A. BOONE
                              Assistant United States Attorney

Dated: June 1, 2011    By    /s/ Tony F. Farmani
                              TONY F. FARMANI
                              Attorney for Alfred Darnell Ford

1 **ORDER**

2 Based on the parties' stipulation, the 1-year period of limitation under 28 U.S.C. §
3 2255 shall be extended through and including June 30, 2011.

IT IS SO ORDERED.

**Dated:   June 3, 2011            /s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE